# UNITED STATES DISTRICT COURT

_____Eastern_____ District of __Wisconsin_____

| | |
|---|---|
| RONALD D. WHITT and,<br>WHITT FAMILY INTERESTS, INC.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>RACE GLAZE, L.L.C.,<br>CHEMRITE INDUSTRIES, L.L.C.,<br>SHAUN P. GALLAGHER,<br>CHEMRITE HOLDING COMPANY, L.L.C.,<br>19725 W. EDGEWOOD DR., L.L.C., and<br>7424 CIRCLE DR., L.L.C.,<br><br>　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br>Case No. 04-C-1066 |

Decision by Court. This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

　　　This action brought by Plaintiffs Ronald D. Whitt and Whitt Family Interests, Inc., against Defendants Race Glaze, L.L.C., Chemrite Industries, L.L.C., Shaun P. Gallagher, Chemrite Holding Company, L.L.C., 19725 W. Edgewood Dr., L.L.C., and 7424 Circle Dr., L.L.C., came on for hearing before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the court having granted partial summary judgment in favor of the Plaintiff Whitt Family Interests, Inc.

　　　IT IS ORDERED AND ADJUDGED that Plaintiff Whitt Family Interests, Inc., recover of Defendants Race Glaze, L.L.C., Chemrite Industries, L.L.C., Shaun P. Gallagher, Chemrite Holding Company, L.L.C., 19725 W. Edgewood Dr., L.L.C., and 7424 Circle Dr., L.L.C., the sum of Three Million Dollars ($3,000,000.00) principal and Two Million Seventy Two Thousand Two Hundred Thirty Dollars ($2,072,230.00) interest as of May 20, 2005, with interest accruing at a rate of One Thousand Six Hundred Fifty Five Dollars ($1,655.00) per day until the day of entry of this judgment and after entry of this judgment at the rate provided by law.

| | |
|---|---|
| ___June 8, 2005___<br>Date | Sofron B. Nedilsky_____<br>Clerk |
| | ___s/Nancy Monzingo_____<br>(By) Deputy Clerk |