# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RONALD D. WHITT and
WHITT FAMILY INTERESTS, INC.,

                            Plaintiffs,      Case No. 04-C-1066

        v.

RACE GLAZE, LLC, CHEMRITE
HOLDING COMPANY, LLC,
19725 W. EDGEWOOD DR., LLC,
7424 CIRCLE DR., LLC,
CHEMRITE INDUSTRIES, LLC, and
SHAUN P. GALLAGHER,

                            Defendants.

## OPINION AND ORDER

The court has been notified that Defendant Shaun Gallagher has filed for Chapter 7 bankruptcy protection. The remaining Defendants had previously filed bankruptcy petitions during the pendency of this case. Consequently, there appears to be no reason at this time to maintain this file as an open case for statistical purposes. Therefore, the court ORDERS that the Clerk of Court submit a JS-6 Form to the Administrative Office of the United States Courts, thereby closing this case for statistical purposes.

IT IS FURTHER ORDERED that nothing in this order shall be considered a dismissal or disposition of this matter and any party may reopen this case at any time by advising the court and opposing counsel in writing that the bankruptcy stay has been lifted and that the parties are ready to proceed with the case.

IT IS FURTHER ORDERED that the Plaintiffs' "Motion in Limine" (filed October 11, 2005) IS DENIED without prejudice.

IT IS FURTHER ORDERED that the Plaintiffs' "Motion in Limine to Exclude Evidence of Defamation Relating to Dishonesty and Lack of Trustworthiness" (filed October 11, 2005) IS DENIED without prejudice.

IT IS FURTHER ORDERED that the Plaintiffs' "Motion in Limine to Exclude Evidence on Claims That Are Not Pled in the Amended Complaint" (filed October 11, 2005) IS DENIED without prejudice.

IT IS FURTHER ORDERED that the Plaintiffs' "Motion in Limine to Exclude Evidence Relating to Plaintiffs' Tortious Interference With Contracts Claim" (filed October 11, 2005) IS DENIED without prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 18th day of October, 2005.

    s/ Thomas J. Curran
    Thomas J. Curran
    United States District Judge